## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIMBERLY ANDRESS, and**<br>**GEORGE ANDRESS, Individually and as**<br>**H/W,**<br>        **Plaintiffs,** | **CIVIL ACTION** |
|     **v.** | **NO.  15-1779** |
| **NATIONSTAR MORTGAGE, LLC,**<br>**BANK OF AMERICA, N.A, and**<br>**JOHN DOES 1-10,**<br>        **Defendants.** | |

### O R D E R

**AND NOW**, this 30th day of September, 2015, upon consideration of the Motion of

Defendant Bank of America, N.A., ("BOA") to Dismiss Plaintiff's Amended Complaint

("Motion to Dismiss") (Document No. 16, filed July 30, 2015) and Plaintiffs' Response in

Opposition to Co-Defendant, BANA's Motion to Dismiss Plaintiffs' First Amended Complaint

(Document No. 23, filed August 28, 2015), for the reasons set forth in the accompanying

Memorandum dated September 30, 2015, **IT IS ORDERED** as follows:

       1.        That part of BOA's Motion to Dismiss which seeks dismissal of plaintiffs' claims

under the Fair Debt Collection Practices Act ("FDCPA") (Count I), the Equal Credit Opportunity

Act ("ECOA") (Count II), the Pennsylvania Fair Credit Extension Uniformity Act ("FCEUA")

(Count III), the Pennsylvania Unfair Trade Practices and Consumer Protection Law ("UTPCPL")

(Count V), and for loss of consortium (Count VI) is **GRANTED.** Counts I–III and V-VI of

plaintiffs' Amended Complaint are **DISMISSED WITH PREJUDICE.**

       2.        That part of BOA's Motion to Dismiss which seeks dismissal of plaintiffs' claims

under the Real Estate Settlement Procedures Act ("RESPA") (Count IV) is **GRANTED**. Count

IV of plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE** to plaintiff's

right to file a second amended complaint within twenty (20) days of the entry of this Order if warranted by the facts and applicable law.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**